1 | BRIAN J. STRETCH (CABN 163973)
United States Attorney
2 | SARA WINSLOW (DCBN 457643)
Chief, Civil Division
3 | JULIE BIBB DAVIS (CABN 184957)
Assistant United States Attorney
4 |     450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
5 |     Telephone: (415) 436-7066
    Facsimile: (415) 436-6748
6 |     Julie.Davis@usdoj.gov

7 | Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TAMIM ABDULFARID,<br><br>    Plaintiff,<br><br>v.<br><br>JEFFERSON B. SESSION, U.S. Attorney General; ELAINE DUKE, Acting Secretary of Department of Homeland Security; ROBERT M. COWAN, Director of the National Benefit Center, U.S. Citizenship and Immigration Services,<br><br>    Defendants. | Case No. 17-cv-04496 KAW<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER** |

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER
C 17-04496 KAW

1       Pursuant to Civil Local Rule 7-12, the parties, Defendants Jefferson B. Sessions, U.S. Attorney
2 General; Elaine Duke, Acting Secretary of Department of Homeland Security, and Robert M. Cowan,
3 Director of the National Benefit Center, U.S. Citizenship & Immigration Services ("USCIS"),
4 (collectively, "Defendants"), and Plaintiff Tamim Abdulfarid, by and through their respective counsel,
5 stipulate to extend the time for Defendants to respond to Plaintiff's complaint. The parties state as
6 follows:

7       1.     On August 7, 2017, Plaintiff filed his complaint in this immigration case seeking relief
8 under the Administrative Procedure Act, 5 U.S.C. § 701 *et seq.*;

9       2.     On August 17, 2017, the U.S. Attorney's Office received by certified mail a copy of the
10 summons and the complaint, making October 17, 2016, the deadline for Defendants to answer or
11 otherwise respond to the complaint;

12       3.     On or about October, 2 2016, Plaintiff was issued a Notice to Appear by the Department
13 of Homeland Security;

14       4.     Accordingly, the parties will attempt to negotiate a stipulated dismissal of the instant
15 case;

16       5.     In light of the anticipated stipulated dismissal of this case, the parties have agreed to
17 extend the time for Defendants to respond to Plaintiff's complaint from the current deadline of October
18 17, 2017, up to and including November 7, 2017;

19       6.     No prior extensions of time have been requested or granted;

20       7.     This change will not alter the date of any other event or deadline already fixed by Court
21 order.

///
///
///
///
///

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER
C 1-04496 KAW

1

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants that Defendants will have until November 7, 2017 to respond to Plaintiff's complaint.

**SO STIPULATED.**

Dated: October 16, 2017

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

/s/ *Julie Bibb Davis*
Julie Bibb Davis
Assistant United States Attorney

Counsel for Defendants

Dated: October 16, 2017

/s/ *Wahida Noorzad*
Wahida Noorzad
39111 Paseo Padre Parkway, Suite 2017
Fremont, California 94538

Counsel for Plaintiff

**ECF ATTESTATION**

In accordance with Civil Local Rule 5(i)(3), I, Julie Bibb Davis, attest that I have obtained concurrence in the filing of this document from the other signatory listed here.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. Defendants are to respond to Plaintiff's complaint by November 7, 2017.

DATED: 10/13/17

Hon. Kandis A. Westmore
United States Magistrate Judge

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER
C 1-04496 KAW

2